# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1736

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Western |
| | * | District of Missouri. |
| Sharon L. Wood, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |
| | * | |

_____

Submitted: November 14, 2001
Filed: November 27, 2001

_____

Before BOWMAN, JOHN R. GIBSON and STAHL,[1] Circuit Judges.

_____

PER CURIAM.

Sharon Wood pled guilty, without a plea agreement, to two counts of a multicount indictment for conspiracy to distribute cocaine, and aiding and abetting the distribution of cocaine in violation of 21 U.S.C. §§ 841 & 846. At her sentencing, Wood objected to the calculation in the presentence investigation report regarding the amount of drugs for which she should be held responsible and objected to the

_____

[1] The Honorable Norman H. Stahl, United States Circuit Judge for the First Circuit, sitting by designation.

presentation of any evidence regarding drug quantity, insisting that the government was estopped from attributing to her any drugs deriving from transactions for which it had not held a codefendant, Calvin Powell, responsible in its plea agreement with him. The District Court[2] rejected her argument, and after an evidentiary hearing, determined that she was responsible for 73.90 grams of cocaine. Wood was sentenced to five months of incarceration and five months of home detention.

The District Court properly rejected Defendant's argument, which we agree was meritless. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

ATTEST:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2] The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.